**Exhibit A to the Complaint**

**Location:** Caldwell, NJ  
**Total Works Infringed:** 23

**IP Address:** 173.63.222.82  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | E4703EF87787F8A810E51679095C9ADD77D8AD40 | Vixen | 11/21/2017 21:28:36 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/05/2017 23:08:29 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 07:16:02 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 4 | 18135D88BEC36E1612EAF5C52538872EC4CE5E7B | Vixen | 06/01/2017 23:02:29 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 5 | 1954C11C4227AAC734CB1733DDB9BC99B2C53D1B | Tushy | 12/03/2017 04:29:27 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 6 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 07/20/2017 23:51:47 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 7 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 08/02/2017 19:04:13 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 8 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/02/2017 17:06:34 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 9 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 09/04/2017 07:27:38 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 10 | 3CED9C40BACD843D53D6828992D824C11F007832 | Vixen | 12/02/2017 17:28:53 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 11 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 07/09/2017 03:03:04 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 12 | 50D42E0913182BA1982BB0B4E6E10BFB2E8EC817 | Vixen | 07/09/2017 03:10:40 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 13 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 06/16/2017 20:57:48 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 14 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 09/02/2017 19:32:13 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 15 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 09/27/2017 20:29:27 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 16 | 7791DC7179F9F188421E3A5717EB3454762A2897 | Tushy | 08/29/2017 23:05:24 | 08/29/2017 | 09/07/2017 | 15894022439 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 07:14:20 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 18 | 8484A75A0D7E77333FEC49E758E9C44E18D0BBF3 | Tushy | 08/11/2017 07:20:23 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 19 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 10/20/2017 04:49:37 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 20 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/27/2017 15:28:36 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 21 | B9435C0AF3A217983CC46775F006F9438187E556 | Tushy | 11/21/2017 21:54:24 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 22 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/10/2017 06:37:32 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 23 | FB2330FBDF7C31DE0AABA60D9E004C7420BF4486 | Vixen | 09/22/2017 05:47:35 | 09/21/2017 | 09/28/2017 | 15894022962 |