**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AARON LARGE,<br><br>    Defendant. | Civil Case No. 2:18-cv-927-KSH-CLW<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

**TO:**   Aaron Large
          10 Plymouth Place
          Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on September 4, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will appear before the Honorable Katherine S. Hayden, of the United States District Court for the District of New Jersey, at the

Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, to move the Court for the entry of a default judgment against Defendant Aaron Large ("Defendant"), pursuant to Federal Rules of Civil Procedure 55(b)(2), as follows:

1. Entering default judgment against Defendant on Plaintiff's Amended Complaint [ECF No. 10] on the grounds of Defendant's failure to plead or otherwise defend this action;

2. Entering a permanent injunction enjoining Defendant from continuing to infringe Plaintiff's copyrighted works;

3. Entering a permanent injunction requiring Defendant to delete and permanently remove the digital media files relating to Plaintiff's copyrighted works from each of the computers under Defendant's possession, custody, or control;

4. Entering a permanent injunction requiring Defendant to delete and permanently remove the infringing copies of Plaintiff's copyrighted works Defendant has on computers under Defendant's possession, custody, or control;

5. Entering a judgment against Defendant awarding Plaintiff statutory damages per infringed work, in the amount of $17,250.00, pursuant to 17 U.S.C. § 504(a) and (c).

6. Entering a judgment against Defendant awarding Plaintiff its reasonable attorneys' fees and costs, pursuant to 17 U.S.C. § 505, and authorizing Plaintiff's counsel to submit a declaration of attorneys' fees and costs within a reasonable time of entry of Default Judgment;

7. Entering a judgment against Defendant awarding Plaintiff post-judgment interest at the current legal rate allowed and accruing, pursuant to 28 U.S.C. § 1961; and

8. Granting such other and further relief as this Court deems just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion for Default Judgment, Plaintiff will rely upon the accompanying Brief and Certification of John C. Atkin, Esq., submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: August 8, 2018                      Respectfully submitted,

                                               **FOX ROTHSCHILD LLP**

                                               *Attorneys for Plaintiff,*
                                               *Strike 3 Holdings, LLC*

                                               By:   */s/ John C. Atkin, Esq.*
                                                         JOHN C. ATKIN