# LESLIE A. FARBER, LLC
ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500 x 213
973.860.1174 (fax)

E-mail:  LFarber@LFarberLaw.com
Web page:  www.LFarberLaw.com

October 17, 2018

Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office and Courthouse
2 Federal Square
Newark, NJ 07102

   Re: **Strike 3 Holdings LLC v. Aaron Large**
     **Civil action no. 2:18-cv-00927 (KSH-CLW)**
     **• Pending Motion to Enter Default Judgment (ECF No.** 15)
     **Chapter 7 Bankruptcy case no. 18-15812**

Dear Judge Hayden:

I represent Aaron Large who filed a Chapter 7 Petition in U.S. Bankruptcy Court for the District of New Jersey, case number 18-30495, on October 15, 2018, which necessarily triggers the automatic stay in bankruptcy for all litigation under 11 U.S.C. § 362 of the Bankruptcy Code. Plaintiff Strike 3 Holdings, LLC, is one of the creditors listed on the petition.

            Very truly yours,

            Leslie A. Farber

LAF:beg

  cc: John Atkin, Esq. *(via email:jatkin@foxrothschild.com*